# United States District Court
## Violation Notice
(Rev. 1/201)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC62 | 9630404 | Edwards | 5206 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 07/12/2021 08:09
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 36 CFR 2.35(b)(2)
**Place of Offense:** Oregon Inlet Campground
**Offense Description: Factual Basis for Charge:** Possession of a controlled substance — marijuana

HAZMAT ☐

### DEFENDANT INFORMATION
**Phone:** (804) 547-1746
**Last Name:** Bradshaw
**First Name:** Alexander
**M.I.:** D.

Street Address: [redacted]

### VEHICLE
**VIN:** JM1BM1W76F1223850  CMV ☐
| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| UFH-4737 | VA | | Mazda M3 | | Gray |

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

NA

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT www.cvb.uscourts.gov →**
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** None Save
**Date:**
**Time:**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

*9630404*

# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| E762 | 9630403 | Edwards | 5206 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 07/12/2021 08:09 | 36 CFR 2.35(b)(2) |

**Place of Offense:** Oregon Inlet Campground

**Offense Description: Factual Basis for Charge** HAZMAT ☐

Possession of a Controlled Substance - marijuana

CEEP

### DEFENDANT INFORMATION
Phone: (703) 651-1730

| Last Name | First Name | M.I. |
|---|---|---|
| Kennedy Small | Jessica | N. |

Street Address: [redacted]

☒ Adult ☐ Juvenile    Sex ☐ Male ☒ Female    Hair: BRO    Eyes: GRN    Height: 5'4"    Weight: 132

**VEHICLE** VIN: JM1BM1W74F1223850    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| UFH 4737 | VA | | Mazda M3 | | Gray |

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

MA

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See Instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov →
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

*9630403*